THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant, Respondent, v. STATE TAX COMMISSION, Respondent, Appellant. (Town of Cortlandt.) Special Franchise Assessments, Years 1918, 1919, 1920.— The privilege to occupy the location known as the Peekskill creek crossing does not result from permission granted by public authority but by reason of relator's ownership of its right of way. The right is, therefore, not a special franchise. (*People ex rel. Long Island R. R. Co.* v. *Tax Comrs.*, 148 App. Div. 751; affd., on opinion below, 207 N. Y. 683.) Final orders in so far as they affect the Peekskill creek crossing reversed on the law, and the Peekskill creek crossing assessments canceled. The court below properly disposed of the issues relating to the Croton river crossing, and the final orders directing cancellation of assessments relating to the Croton river crossing are affirmed, with costs. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur. Settle order on notice.

ELBERTA F. RAVEN, Respondent, v. THOMAS H. TOOMEY, Appellant.— Judgment and order of the City Court of Mount Vernon unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

MARVEL P. SCHWIND, Respondent, v. VILLAGE OF FREEPORT, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

AUGUST TAMMIS, Respondent, v. PANAMA RAILROAD COMPANY, Appellant.— Judgment and order reversed upon the law, and a new trial granted, with costs to abide the event, on the ground that it was error to charge that a shipowner warrants the seaworthiness and fitness of a ship's appliances; and also error to refuse to charge that if the defendant supplied such an engine as was customarily used, with an uncracked cylinder, and equipped with proper drain valves, the defendant discharged its duty in providing the ship with a seaworthy engine, and could not be found liable. Rich, Manning, Kelby and Kapper, JJ., concur; Kelly, P. J., concurs in the result.

PHILIP MILLER and Others, Respondents, v. ISIDOR GUTMAN and Others, Appellants.— Motion to suspend operation of injunction pending appeal denied, without costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ASTORIA SILK WORKS, Respondent, v. CHARLES J. WEBB & COMPANY, INC. Appellant.— Order denying motion to stay proceedings before referee affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.